IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CV-458-BO

| | |
|---|---|
| TERRIE F. JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under sentence four of

section 205(g) of the Social Security Act, 42 U.S.C. §405(g), and upon consideration of the

Commissioner's unopposed request to remand this cause for further administrative proceedings,

the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C.

§405(g), and remands the case to the Commissioner for further administrative proceedings with

respect to Plaintiff's claim of disability. See Shalala v. Schaefer, 509 U.S. 292 (1993);

Melkonyan v. Sullivan, 501 U.S. 89 (1991).

SO ORDERED this __13__ day of __March__, 2014.

JUDGE TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE